

FILED & JUDGMENT ENTERED
Christine F. Winchester

Nov 22 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Shelby Division

IN RE:

| | |
|---|---|
| JUSTIN RAY WILLIAMS | Chapter 13 |
| AYMIE BLALOCK WILLIAMS | CASE NO:    09-40746 |
| SSN#: XXX-XX-4451 | Related Court Docket Number: 23 |
| SSN#: XXX-XX-5467 | |

**ORDER**

ON 11/17/2010, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:
Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

[ X ]   Plan payments are in substantial default.

**IT IS, THEREFORE, ORDERED** that:

[ X ]   Case is hereby dismissed.

### CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on November 22, 2010.

S. Meyer
Office of the Chapter 13 Trustee

JUSTIN RAY WILLIAMS & AYMIE BLALOCK WILLIAMS, 100 WOODED LANE,  SHELBY, NC  28152

09-40746
JUSTIN RAY WILLIAMS
AYMIE BLALOCK WILLIAMS
100 WOODED LANE
SHELBY, NC  28152

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

George R. Hodges

UNITED STATES BANKRUPTCY COURT JUDGE